UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON, | No. 2:14-cv-2581 AC P |
| Plaintiff, | |
| v. | ORDER |
| E. KULKA, el al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff has consented to the jurisdiction of the magistrate judge. ECF No. 5. On August 3, 2015, plaintiff was granted thirty days to pay the required filing fees in order to proceed with this action. ECF No. 6 at 5. Plaintiff was warned that failure to pay the required filing fees as directed would result in dismissal of this action. Id. More than thirty days from that date have passed, and plaintiff has not paid the required filing fees or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: November 7, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE